Case: 1:07-cr-00234-SL Doc #: 62 Filed: 11/08/12 1 of 1. PageID #: 364

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ANTOINE DOTSON | ) Case No: 1:07CR234-01 |
| | ) USM No: 31229-160 |
| Date of Original Judgment: 11/08/2007 | ) |
| Date of Previous Amended Judgment: | ) Vanessa F. Malone; Dennis G. Terez |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 11/08/2007 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/08/2012

*Judge's signature*

Effective Date: _____
*(if different from order date)*

HONORABLE SARA LIOI    U.S. DISTRICT JUDGE
*Printed name and title*